# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

    Plaintiff,

                  **Case No. 10-CR-27**

  -vs-

**THERESA A. TAYLOR and
GEORGE L. PHILLIPS,**

    Defendants.

# DECISION AND ORDER

    The Court has received a Recommendation from Magistrate Judge William E. Callahan, Jr. denying defendant George L. Phillips's ("Phillips") motion to dismiss Count Two of the Indictment and granting Phillips's motion to sever the defendants' trials. The Court adopts the Magistrate Judge's Recommendation *in toto*. Phillips's motion to dismiss is **DENIED.** Phillips's motion to sever is **GRANTED.**

    Dated at Milwaukee, Wisconsin, this 6th day of May, 2010.

                  **SO ORDERED,**

                  *s/ Rudolph T. Randa*
                  **HON. RUDOLPH T. RANDA**
                  **U.S. District Judge**